**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **ZHENGYU HE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHINA ZENIX AUTO INTERNATIONAL LIMITED, JIANHUI LAI, and MARTIN CHEUNG,**<br><br>**Defendants.** | Civ. No. 2:18-15530 (KM-JAD)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on a motion to dismiss Plaintiffs' first amended complaint (DE 23) filed by Defendants China Zenix Auto International Limited, Jianhui Lai, and Martin Cheung (DE 30-1); and the Court having considered the moving, opposition, and reply papers on the motion to dismiss (DE 30-1, 30-2, 30-3); for the reasons set forth in the accompanying Opinion, and for good cause shown:

**IT IS** this 12th day of June, 2020

**ORDERED** that the Defendants' motion (DE 23) to dismiss the amended complaint for failure to state a claim is **GRANTED** as to

(a) Count One, as to Defendant Martin Cheung only;

(b) Count Three, as to all Defendants;

and otherwise **DENIED**; and it is further

**ORDERED** that the motion of defendants Cheung and Lai to dismiss for lack of personal jurisdiction is **DENIED**.

The dismissals entered above are entered without prejudice to the filing, within 60 days, of a further motion to amend complaint.

/s/ Kevin McNulty

_____

**HON. KEVIN MCNULTY, U.S.D.J.**