Laurence M. Rosen
lrosen@rosenlegal.com

March 31, 2021

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Square, Court Room 2B
Newark, NJ 07101

    Re:    He v. China Zenix Auto Int'l Ltd., et al., Case No. 2:18-cv-15530-KM-JSA

Dear Judge Allen:

We represent Lead Plaintiffs in the above-referenced action. After conferring with counsel for Defendants we submit this joint letter requesting that the Court stay all upcoming case deadlines, including those established in the Pretrial Scheduling Order (ECF No. 41). As noted in the parties' joint letter dated February 26, 2021, the parties have reached a settlement in principle, signed a term sheet, and are now finalizing a stipulation and agreement of settlement. Plaintiffs expect to file a motion for preliminary approval of the settlement no later than April 15, 2021.

Respectfully submitted,

| THE ROSEN LAW FIRM, P.A. | K&L GATES LLP |
|---|---|
| By: /s/ Laurence M. Rosen | By: /s/ Dana B. Parker |
| Laurence M. Rosen | Dana B. Parker |
| One Gateway Center, Suite 2600 | One Newark Center, Tenth Floor |
| Newark, NJ 07102 | Newark, NJ 07102 |
| Tel: (973) 313-1887 | P: (973) 848-4091 |
| Fax: (973) 833-0399 | F: (973) 848-4001 |
| Email: lrosen@rosenlegal.com | Email: dana.parker@klgates.com |
| | |
| Phillip Kim (*pro hac vice*) | Stephen G. Topetzes (*pro hac vice*) |
| Joshua Baker (*pro hac vice*) | 1601 K Street, NW |
| 101 Greenwood Avenue, Suite 440 | Washington, DC 20006 |
| Jenkintown, PA 19046 | P: (202) 778-9000 |
| Tel: (215) 600-2817 | F: (202) 778-9100 |
| Fax: (212) 202-3827 | Email: stephen.topetzes@klgates.com |
| Email: pkim@rosenlegal.com | |
|     jbaker@rosenlegal.com | *Attorneys for Defendants* |
| *Lead Counsel for Plaintiffs* | |

cc:    All parties via ECF

*On or before 4/26/21, Plaintiff shall file a Motion for Preliminary Approval of the Settlement, or the parties shall submit a joint status letter to the Court.* **SO ORDERED**

*s/Jessica S. Allen*
**Jessica S. Allen, U.S.M.J.**

**Date: 4/5/21**