**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZHENGYU HE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA ZENIX AUTO INTERNATIONAL LIMITED, JIANHUI LAI, AND MARTIN CHEUNG,<br><br>Defendants. | Case No. 2:18-cv-15530-KM-JSA<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: June 7, 2021<br><br>Hon. Kevin McNulty |

**PLEASE TAKE NOTICE** that on June 7, 2021, or as soon thereafter as Lead Plaintiffs ITENT EDV Dienstleistungs GmbH and Ing. Richard Deutner Softwaeentwicklung & Beratung (collectively, "Plaintiffs") may be heard, Plaintiffs will move this Court, the Honorable Kevin McNulty, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey, 07102, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendants China Zenix Auto International Limited ("China Zenix"), Jianhui Lai, and Martin Cheung; (ii) conditionally certifying the Settlement Class; (iii) approving the notice of the Proposed Settlement to the Settlement Class and China Zenix investors; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and Exhibits thereto, the pleadings and records on file in the above-captioned action, and other such matters as the Court may consider at the hearing on this motion.

Dated: April 26, 2021                                Respectfully submitted,

                                                     **THE ROSEN LAW FIRM, P.A.**

                                                     By: /s/ Laurence M. Rosen
                                                     Laurence M. Rosen
                                                     One Gateway Center, Suite 2600
                                                     Newark, NJ 07102
                                                     Tel: (973) 313-1887

1

Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that April 26, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen