**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZHENGYU HE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA ZENIX AUTO INTERNATIONAL LIMITED, JIANHUI LAI, AND MARTIN CHEUNG,<br><br>Defendants. | Case No. 2:18-cv-15530-KM-JSA<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Motion Day: October 8, 2021<br><br>Hon. Kevin McNulty |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated June 29, 2021 (Dkt. No. 52), on October 8, 2021 at 2:00 p.m., or as soon thereafter as counsel may be heard, at 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07102, before the Honorable Kevin McNulty, United States District Judge, Lead Plaintiffs ITENT EDV Dienstleistungs GmbH and Ing. Richard Deutner Softwaeentwicklung & Beratung ("Plaintiffs"), on

1

behalf of themselves and all members of the proposed Settlement Class, through their undersigned counsel, will respectfully move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Plaintiffs' motion is based on: (i) a memorandum of law in support; (ii) the Declaration of Laurence M. Rosen in Support of the Motions for: (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, and the exhibits thereto; (iii) the Stipulation and Agreement of Settlement ("Stipulation"), filed on April 26, 2021 and the exhibits thereto (Dkt. No. 49); and (iv) all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

The [Proposed] Order and Judgment, negotiated by the Parties and previously attached as Exhibit B to the Stipulation (Dkt. No. 49-6), is submitted herewith.

Dated: September 10, 2021                      Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                By: */s/ Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                      */s/ Laurence M. Rosen*
                                      Laurence M. Rosen